UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80178-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

RYAN HEATH MATTHEW TELSON,

Defendant.
_______________________________/

## FACTUAL PROFFER

Defendant Ryan Heath Matthew Telson (hereinafter referred to as the "defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in Palm Beach County, in the Southern District of Florida, beyond a reasonable doubt, and that the following facts are true and accurate and are sufficient to support a plea of guilty:

1. Beginning in or around January 2016 and continuing through August 2016, an undercover agent from the Federal Bureau of Investigation accessed the Internet and utilized an enhanced version of a publicly available peer-to-peer (hereinafter "P2P") file sharing program to identify individuals sharing images or videos depicting the sexual exploitation of children. Through the file sharing program, the agent identified an IP address later identified as belonging to the defendant as sharing files indicative of child pornography and the sexual exploitation of children. Over one hundred single source downloads of files of interest were obtained from the defendant's IP address during the aforementioned time period, including the following video files on the below listed dates (files name listed in bold):

a. February 14, 2016 - **2010 pthc babyshivid frifam Babyj**, younger-held by mom fuck_anymore.mpg, a video file depicting a nude pre-pubescent female being vaginally penetrated by the penis of an adult male with a nude female assisting or moving the child.

b. February 26, 2016 - **PTHC-beauty-cumshot 3yo this rocks pedo child toddler incest 2yo 4yo 5yo 6yo 7yo 8yo babyj vicky laura jenny sofie fdsa hussyfan russian korea.mpg**, a video file depicting a pre-pubescent female child with an adult male manipulating his penis on the child's genitals and attempted penetration of the child. The child also performs oral sex on the adult male and the adult male performs oral sex on the child.

c. June 12, 2016 - **Lm Pedo – Greyce 6Yo Da A Bucetinaha Pro Pa Chupa New 6Yo Girl With Dad Lick Show Kingpass Kleuterkutje Ptsc Yamad Reelkiddy.mpg**, a video file depicting a pre-pubescent female who is nude from the waist down. The child touches her own genitals, which is displayed to the camera. An adult male then engages in oral, digital, and genital contact with the child's vaginal and anal regions. This child also performs oral sex on the adult male.

d. June 14, 2016 - **(Pthc) – Ann 10 Yo Hollidays's Pissy Pussy Licked by Man & Dog.avi**, a video file depicting a prepubescent female nude from the waist down. A man and a dog both have oral-vaginal contact with the child. The man later masturbates and ejaculates on the child. The age of the child appears to be consistent with the age reported in the file title.

e. July 3, 2016 - **Jenny 9yo - Suck-The little dog girl-(Complete) .mpg.** This file is approximately 11 minutes long which depicts a prepubescent minor female engaging in oral-genital contact with a penis. Her vagina is also fondled. At least some of this contact occurs while the girl appears to be bound by ropes. The age of the girl appeared consistent with the file title that indicated she was 9 years old.

f. July 8, 2016 - **[pthc] Daisy's Destruction (Parts 2,3,4 -17m40s) -pedomom hurtcore 2014 2y 3y 4y Sy 6y rape abused kids toddler OPVA.avi.** This file is approximately 17½ minutes long. It depicts a small female child, approximately 2 years old, with a woman who is wearing a mask. The child is undressed and made to have oral and digital contact with the woman's vagina. The child's vagina area is opened to the camera by the woman. Tape is placed over the child's mouth and some clips are attached to the child's breast area and vagina. The child's legs are tied to a rod, and the child is suspended, nude, upside down and spanked. The child also appears to be burned and urinated on in the video. The child appears to

be crying in much of the video.

2. Prior to law enforcement downloading the videos described in paragraph 1, the defendant downloaded through his use of a P2P file sharing program called e-Mule numerous images and videos of child pornography which were made available to other e-Mule users through his shared files folder. The defendant received these images through a Cooler Master Computer Tower, Crucial 256 Sold State hard drive, Serial number 14400D6627E1 which was located at his home in Jupiter, Florida. He subsequently stored many of the images onto a Western Digital hard drive, Serial Number WCANKC697493.

3. On September 8, 2016, agents executed a search warrant of the defendant's home. During the search, agents located multiple computers and other media storage devices, including the computer tower and external hard drive described in paragraph 2. A review of the Western Digital hard drive revealed numerous videos depicting child pornography. These videos were among many other videos of child pornography that the defendant had downloaded previously. A forensic examination of the hard drive revealed a total of 368 videos. Agents inputted the hash value of those videos into NetClean, a law enforcement database used to identify hash values that contain child pornography. According to the database, at least 31 videos contained known images of child pornography.

4. The forensic examination further revealed that the log of e-Mule activity on the defendant's Cooler Master computer showed numerous files containing child pornography, including the video described in paragraph 1(e) which the defendant downloaded on July 3, 2016 using the e-Mule software. The hash value for this file in the e-Mule log on the defendant's computer matched the hash value of the file downloaded by the undercover officer. An intact

copy of this file was also found on the Western Digital external hard drive. Records kept by the e-Mule software on the defendant's computer indicated that this file was last shared with other users on July 21, 2016.

5. The log of e-Mule activity on the defendant's computer also revealed that the defendant downloaded the file described in paragraph 1(f) on July 8, 2016 using the e-Mule software. The hash value for this file in the e-Mule log on the defendant's computer matched the hash value of the file downloaded by the undercover officer. The records kept by the e-Mule software on the defendant's computer indicated that this file was last shared on July 21, 2016.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 4/19/17 By: ______________________
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

Date: 4/19/17 By: ______________________
PHILIP HOROWTZ
ATTORNEY FOR DEFENDANT

Date: 4/19/17 By: ______________________
RYAN HEATH MATHEW TELSON
DEFENDANT